In the Matter of the Claim of GEORGE F. SAUER, Respondent, against EDWARD W. REYNOLDS et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied, without costs. The carrier is not in default and the State Industrial Board has not vacated the decision from which the appeal is taken. All concur.

In the Matter of the Claim of MATTHEW J. MALONEY, Respondent, against UTILITY ROOFING CO., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. [See *ante,* p. 842.] All concur.

In the Matter of DAVID SIMON, Appellant, against GRACE A. REAVY et al., Constituting the Civil Service Commission of the State of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. [See *ante,* p. 922.] All concur.

In the Matter of CLANCY D. CONNELL, Relator, against STATE TAX COMMISSION, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 923.] All concur.

In the Matter of the Estate of JOHN P. KELLAS, Deceased.— Motion for reargument denied, with twenty-five dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 924.] All concur.